AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| STEVEN McALOON <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE COLLECTION LLC, d/b/a <br> THE COLLECTION CORAL GABLES, <br> a Florida Limited Liability Company, <br><br> *Defendant(s)* | Civil Action No. 1:26-CV-21520 SMITH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE COLLECTION LLC
Registered Agent:
MARKS & WEST PA
2 S BISCAYNE BLVD
34TH FLOOR
MIAMI, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alberto Naranjo
AN LAW FIRM, P.A.
7900 Oak Lane #400
Miami Lakes, FL 33016
Phone: (305) 942-8070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 9, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts